## ROBERT MORRIS *vs.* JOHN M. PENNIMAN.

A watch delivered without objection by a person arrested on a charge of larceny of other property to the officer arresting him cannot be attached while in the officer's hands.

REPLEVIN of a watch and key. At the trial in the superior court of Suffolk at September term 1858, these facts were admitted :

One Bassett was arrested by the police of Boston on a charge of larceny of money, and, upon being asked what property he had about him, delivered up, without objection, this watch and key. While they were in possession of the defendant as a police officer, for the purpose of being used as evidence, if necessary, upon the trial of Bassett, they were attached on mesne process against Bassett, and the defendant appointed keeper of them by the attaching officer. Bassett was afterwards discharged, and sold this property to the plaintiff.

*Morton*, J., ruled that the attachment was invalid, the jury returned a verdict for the plaintiff, and the defendant alleged exceptions.

*I. J. Cutter*, for the defendant.

*Morris, pro se.*

METCALF, J. The attachment of the watch and key was not valid, and the plaintiff is to have judgment on the verdict. See *Robinson* v. *Howard*, 7 Cush. 257. *Exceptions overruled.*